# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2021

## NO. 03-21-00280-CR

**The State of Texas, Appellant**

**v.**

**Philip Clinton Allen, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the trial court's order discharging Philip Clinton Allen from his community supervision. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The State of Texas shall pay all costs relating to this appeal, both in this Court and in the court below.